IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, <br>   Plaintiff, <br><br> v. <br><br> JT's BAR & GRILL COMPANY. Individually and d/b/a JT'S BAR AND GRILL and ALEJANDRO JULIAN TELLEZ, Individually and d/b/a JT'S BAR AND GRILL, <br>   Defendants. | § § § § § § § § § § § § § | EP-23-CV-00453-DB |

## FINAL JUDGMENT

On August 21, 2024, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this 21ˢᵗ day of **August 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE